USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY H. IANNARELLI JR., <br><br> Plaintiff, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | 1:21-CV-10989 (AJN) <br><br> ORDER OF SERVICE |

ALISON J. NATHAN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue summonses as to the following defendants: (1) the United States Department of Health & Human Services ("HHS"); (2) HHS Secretary Xavier Becerra; (3) the Centers for Medicare and Medicaid Services; (4) Novitas Solutions, Inc.; (5) United Health Care; (6) the American Association of Retired Persons; and (7) AARP Services, Inc.

Plaintiff is directed to serve the summonses and complaint on each of those defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served those defendants or requested an extension of time to do so, the Court may dismiss the claims against those defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: January 11, 2022
       New York, New York

                                        ALISON J. NATHAN
                                     United States District Judge