**Robinson+Cole**

MICHAEL H. BERNSTEIN

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut
Pennsylvania, New Jersey and Utah

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022
```

Janaury 11, 2022

<u>Via ECF</u>
Hon. Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom, Courtroom 906
New York, NY 10007

    Re: **Anthony N. Iannarelli, Jr. v. U.S. Dept. of Health & Human Services, et al.**
          **Civil Case No.: 21-10989 (AJN)**

Dear Judge Nathan:

    This office represents Defendants United Health Care Insurance Company s/h/a United Health Care, AARP s/h/s American Association for Retired People, and AARP Services, Inc. (collectively, the "Defendants") in connection with the above-captioned matter. We write pursuant to Rule 1E of Your Honor's Individual Rules of Practice, to respectfully request an extension of time to file Defendants' opposition to Plaintiff's Order to Show Cause, dated December 22, 2021 (the "OSC"), from January 12, 2022 to and including January 19, 2022. Counsel for the Defendants recently retained, and require a short extension of time to investigate the facts of the case, and Defendants' opposition to the OSC. This is the Defendants' first request for an extension of file opposition to the OSC. Plaintiff consents to the requested relief herein. This request will not affect the scheduled January 31, 2022 OSC hearing date, which is scheduled to be conducted remotely.

*Alison J. Nathan*
1/12/2022

    We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          Michael H. Bernstein

cc: Anthony N. Iannarelli (*via ECF*)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP