UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022
```

Iannarelli,

        Plaintiff,

—v—

United States Department of Health & Humans Services et al.,

        Defendants.

21-cv-10989 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A proceeding on a motion for a temporary restraining order in this matter will be held on March 2, 2022, at 10:00 a.m. The proceeding will be conducted by telephone. The parties and members of the public may access the conference by dialing (888) 363-4749 and entering access code 9196964.

    SO ORDERED.

Dated: February 25, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1