UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/22
```

Anthony Iannarelli,

           Plaintiff,

–v–

U.S. Dep't of Health & Human Servs. et al.,

           Defendants.

21-cv-10989 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Plaintiff's letter requesting a settlement conference before tomorrow's hearing. Dkt. No. 32. The Court is not available for a settlement conference tomorrow. If Plaintiff wishes to withdraw his motion for a temporary restraining order at this time, the Court will refer the case to Magistrate Judge Parker for settlement. If settlement is unsuccessful, Plaintiff can refile his current motion as a motion for a preliminary injunction. Plaintiff is ordered to file a letter by 5 pm today indicating if he would like to withdraw the motion for a TRO without prejudice to refiling as a motion for preliminary injunction and to have the case referred the magistrate judge for settlement.

    SO ORDERED.

Dated: March 1, 2022
       New York, New York

                                    ALISON J. NATHAN
                                 United States District Judge