**Robinson+Cole**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/07/2022

**MEMO ENDORSED**

MICHAEL H. BERNSTEIN

Chrysler East Building
666 Third Avenue, 20th Floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in New Jersey,
Connecticut, Pennsylvania and Utah

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled on Wednesday, March 30, 2022 at 12:00 p.m., in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Wednesday, April 27, 2022 at 11:30 a.m.
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 03/07/2022

March 7, 2022

**By ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17D

Re: *Anthony N. Iannarelli v. United States Department of Health and Human Services, et al.*,
Civil Case No. 1:21-cv-10989-AJN-KHP (S.D.N.Y.)
**REQUEST FOR ADJOURNMENT OF CASE MANAGEMENT CONFERENCE**

Dear Judge Parker:

We represent Defendants United HealthCare, American Association for Retired Persons and AARP Services Inc. in the above-referenced action. We write to request an adjournment of the initial case management conference scheduled for March 30, 2022 at 12:00PM to a new date and time of the Court's convenience during the week of April 11, 2022.

This is our first request for an adjournment of the initial case management conference. There is good cause to grant this request because both I and my colleague, Gregory Bennici, are unavailable to attend. I will be attending the ACI Managed Care Disputes and Litigation Conference in Chicago on March 30 and March 31, and Mr. Bennici will be attending a JAMS mediation on March 30.

All counsel of record consent to the requested adjournment.

Respectfully submitted,

/s/ *Michael H. Bernstein*
Michael H. Bernstein

cc: Counsel of Record (by ECF)